JS - 6/ENTER

**FILED**
NOV 12 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JONATHAN MING-HO CHIU, | Case No.   CV 10-4364-SVW (MLG) |
| Petitioner, | |
| v. | JUDGMENT |
| G. SWARTHOUT, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 11/10/10

Stephen V. Wilson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY